AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Wesstern District of Texas -

FILED
2010 OCT 26 PM 2:35
WESTERN DISTRICT OF TEXAS
AUSTIN Division

BY _____
DEPUTY

| | |
|---|---|
| John and Susan Forsyth | ) |
| | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  A-10-CA-379-JRN |
| RESIDENTIAL CREDIT SOLUTIONS, INC., et al | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BAC HOME LOANS LP
4509 American St.
Simi Valley, CA 93063-6285


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Forsyth
9325 Sandford Drive
Austin, Texas 78748


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM G. PUTNICKI**

*CLERK OF COURT*

Date: _____ **SEP 1 0 2010**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  A-10-CA-379-JRN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ___BAC Houe LOAN___

was received by me on *(date)*  ___9-27-2010.___

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  CLATIFIED MAIL #  9-27-2010
7010 6290 0000 8975 9889

My fees are $ ___50-___ for ~~travel~~ and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  ___10-18-2010___                          ___Francis Richter___
                                                 **Server's signature**

                                                 ___FRANCIS RICTR___
                                                 **Printed name and title**

                                                 ___6715 SKY NOOK Drive___
                                                 ___AUSTIN, Texas 78745___
                                                 **Server's address**

Additional information regarding attempted service, etc:



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 8975 9889**
Expected Delivery Date: **September 30, 2010**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
          **Return Receipt**
Status: **Delivered**

Your item was delivered at 9:24 am on September 29, 2010 in SIMI
VALLEY, CA 93065.

Detailed Results:

* **Delivered, September 29, 2010, 9:24 am, SIMI VALLEY, CA 93065**
* **Arrival at Unit, September 29, 2010, 8:35 am, SIMI VALLEY, CA 93063**
* **Acceptance, September 27, 2010, 1:38 pm, AUSTIN, TX 78701**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  **Go >**

---

**Track & Confirm**

Enter Label/Receipt Number.

**Go >**

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA